IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.<br><br>      Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>      Defendant. | CIVIL ACTION NO. 6:11-CV-688<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff MacroSolve, Inc. and Defendant The Hertz Corporation (collectively "the Parties") hereby announce to the Court that they reached a settlement of the above-captioned matter and have agreed to dismiss all of the claims and causes of action between them in this case with prejudice.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal with prejudice of all of the claims and causes of action between them in this case and move the Court for an order to that effect.  The parties shall bear their own attorney's fees, expenses, and costs.

Dated: April 2, 2012

Respectfully submitted,

/s/  Larry D. Thompson, Jr.
Matthew J. Antonelli (lead counsel)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886

- 1 -

    zac@ahtlawfirm.com
    Larry D. Thompson, Jr.
    Texas Bar No. 24051428
    larry@ahtlawfirm.com
    ANTONELLI, HARRINGTON &
    THOMPSON LLP
    4200 Montrose Blvd, Suite 430
    Houston, TX 77006
    (713) 581-3000
    (713) 581-3020 fax

    *Attorneys for MacroSolve, Inc.*


    By:  /s/ *Arthur Gollwitzer III*
    Arthur Gollwitzer III
    Texas Bar No. 24073336
    agollwitzer@fblawllp.com
    Reese P. McKnight
    Texas Bar No. 24046400
    rmcknight@fblawllp.com
    **F&B LLP**
    5113 Southwest Parkway, Suite 140
    Austin, Texas 78735
    Tel: (512) 681-1500
    Fax: (512) 681-1590

    Deron Dacus
    Texas State Bar No. 00790553
    ddacus@dacusfirm.com
    **The Dacus Firm, P.C.**
    821 ESE Loop 323, Suite 430
    Tyler, TX 75701
    Tel: (903) 705-1117
    Fax: (903) 581-2543

    *Attorneys for The Hertz Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 /s/ Larry D. Thompson, Jr.
Larry D. Thompson, Jr.