**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC.<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE HERTZ CORPORATION,<br><br>　　Defendant. | CIVIL ACTION NO. 6:11-CV-688<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE**

　　Plaintiff MacroSolve, Inc. and Defendant The Hertz Corporation have informed this Court that they have reached a settlement in this matter, stipulated to the dismissal of all claims and causes of action between them in this case, and moved the Court for an order to that effect. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

　　It is therefore ORDERED that all claims and causes of action between MacroSolve, Inc. and The Hertz Corporation in this case are dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

　　**So ORDERED and SIGNED this 4th day of April, 2012.**

　　　　　　　　　　_____
　　　　　　　　　　**LEONARD DAVIS
　　　　　　　　　　UNITED STATES DISTRICT JUDGE**